Argued July 27, affirmed July 27, 1972

## STATE OF OREGON, *Respondent, v.* JEAN DELBERT BRUNDRIDGE (No. C-72-01-0022 Cr), *Appellant.*

498 P2d 833

*Dennis V. Gilbert,* Portland, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

Affirmed from the bench.